NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1174

SENSORMATIC ELECTRONICS, LLC,

Plaintiff-Appellee,

v.

PHILIP VON KAHLE (Assignee for the benefit of the creditors of
The Tag Company US, LLC),

Defendant-Appellant,

and

PHENIX LABEL COMPANY,

Defendant,

and

DENNIS GADONNEIX,

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case
no. 06-CV-81105, Judge Daniel T.K. Hurley.

- - - - - - - - - - - - - - - - - - - - - -

2009-1193

SENSORMATIC ELECTRONICS, LLC,

Plaintiff-Appellee,

v.

PHILIP VON KAHLE (Assignee for the benefit of the creditors of
The Tag Company US, LLC),

Defendant,

and

PHENIX LABEL COMPANY,

Defendant-Appellant,

and

DENNIS GADONNEIX,

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case no. 06-CV-81105, Judge Daniel T.K. Hurley.

ON MOTION

ORDER

Upon consideration of the unopposed motion to voluntarily dismiss 2009-1174 and the unopposed motion to reform the caption to change an appellee's name from "Sensormatic Electronics Corporation" to "Sensormatic Electronics, LLC",

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) Each side shall bear its own costs in 2009-1174.

FOR THE COURT

OCT 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2009

JAN HORBALY
CLERK

cc: Mark L. Levine, Esq.
Robert R. Waters, Esq.
Robert F. Reynolds, Esq.

s20

ISSUED AS A MANDATE (as to 2009-1174 only): _____ OCT 2 8 2009 _____

2009-1174, -1193                    2